UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES MURPHY,

                     Plaintiff,

        -v-

RUTH'S HOSPITALITY GROUP, INC.,

                     Defendant.

19-CV-10322 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

For the reasons set forth in *Calcano v. Swarovski N. Am. Ltd.*, 36 F.4th 68 (2d Cir. 2022), Defendant's motion to dismiss at Docket Number 18 is GRANTED. This action is dismissed for lack of standing.

The Clerk of Court is directed to close the motion at Docket Number 18 and to close this case.

SO ORDERED.

Dated: August 18, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge