**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JAMES MURPHY,

                              Plaintiff,

            -against-                                              19 **CIVIL** 10322 (JPO)

                                                                         **<u>JUDGMENT</u>**

RUTH'S HOSPITALITY GROUP, INC.,

                              Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated August 18, 2022, Defendant's motion to dismiss at Docket Number 18 is GRANTED. This action is dismissed for lack of standing; accordingly, the case is closed.

**Dated:**  New York, New York

        August 19, 2022

                                                                         **RUBY J. KRAJICK**

                                                                              _____
                                                                              **Clerk of Court**
                                                  **BY:**    _____
                                                                              **Deputy Clerk**